# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| SCOTT PURDY, | ) |
| Plaintiff, | ) Civil Action File No. |
| v. | ) 4:11-CV-00112-HLM-WEJ |
| NOTS LOGISTICS, L.L.C., | ) STIPULATION OF DISMISSAL |
| Defendant. | ) WITH PREJUDICE |

Plaintiff Scott Purdy ("Plaintiff") and Defendant NOTS Logistics, L.L.C., ("Defendant"), by and through undersigned counsel, hereby stipulate that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims are hereby dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted this 16th day of April, 2012.

s/ *Eleanor M. Attwood*  
Eleanor M. Attwood  
Georgia Bar No. 514014  
Barrett & Farahany, LLP  
1100 Peachtree St., N.E.  
Suite 500  
Atlanta, Georgia 30309  
Telephone: (404) 214-0120  
Facsimile: (404) 214-0125  
eleanor@bf-llp.com  

Attorney for Plaintiff

s/ *Steven G. Hopkins*  
Steven G. Hopkins  
Georgia Bar No. 142427  
Constangy, Brooks & Smith, LLP  
230 Peachtree St., N.W.  
Site 2400  
Atlanta, Georgia 30303  
Telephone: (404) 525-8622  
Facsimile: (404) 525-6955  
shopkins@constangy.com  

Attorney for Defendant

1